1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs
5

6
                                                    *E-FILED - 6/5/07*
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 NORTHERN CALIFORNIA-NORTHERN      )   CASE NO.: C07-00576 RMW
   NEVADA SOUND AND COMMUNICATIONS)
11 EMPLOYEE BENEFIT TRUST FUNDS;     )
   DOUG LUNG AND BOB TRAGNI AS       )   CASE MANAGEMENT
12 TRUSTEES OF THE NORTHERN          )   CONFERENCE STATEMENT
   CALIFORNIA-NORTHERN NEVADA        )   AND P̶R̶O̶P̶O̶S̶E̶D̶ ORDER
13 SOUND AND COMMUNICATIONS          )
   DISTRICT NO. 9 HEALTH AND WELFARE )   DATE:  June 8, 2007
14 TRUST FUND,                       )   TIME:  10:30 a.m.
                                     )   PLACE: Courtroom 6, 4th Floor
15                    Plaintiffs,    )
                                     )   JUDGE: Hon. Ronald M. Whyte
16 vs.                               )
                                     )
17 WIRELESS COMMUNICATIONS           )
   UNLIMITED, a California Corporation doing)
18 business as EAGLE ENVIRONMENTAL   )
   CONSTRUCTION,                     )
19                                   )
                      Defendants.    )
20 _____   )

21     Plaintiff in the above-entitled action submits this Case Management Statement and
22 proposed order, and requests that the court adopt it as the Case Management Order in this case.
23 Defendants have been served. Plaintiffs e-filed a Request for Entry of Default against
24 Defendant WIRELESS COMMUNICATIONS UNLIMITED, a California Corporation doing
25 business as EAGLE ENVIRONMENTAL CONSTRUCTION, a California Corporation, on
26 May 29, 2007.

27                        **DESCRIPTION OF THE CASE**
28     This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

                                         1

CASE MANAGEMENT CONFERENCE STATEMENT AND P̶R̶O̶P̶O̶S̶E̶D̶ ORDER

Funds.

Plaintiffs would like to continue the case for sixty (60) days to proceed with a Request for Default Judgment on defendant. Therefore, Plaintiffs request that the case be continued until August 17, 2007, for another Case Management Conference.

Respectfully submitted,

Dated: May 30, 2007

*[signature]*
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to August 17, 2007, at 10:30 a.m., in Courtroom 6, 4th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 6/5/07

*Ronald M. Whyte*
JUDGE OF THE U.S. DISTRICT COURT