**E-FILED on** 9/28/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; DOUG LUNG AND BOB TRAGNI AS TRUSTEES OF THE NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS DISTRICT NO. 9 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>WIRELESS COMMUNICATIONS UNLIMITED, a California Corporation doing business as EAGLE ENVIRONMENTAL CONSTRUCTION,<br><br>Defendants. | No. C-07-00576 RMW<br><br>JUDGMENT |

On 9/28/07, the court issued an order granting plaintiff's application for default judgment. Accordingly, default judgment is hereby entered in favor of plaintiffs and against defendant. Plaintiff is awarded damages in the amount of $5,197.61 and attorney's fees and costs in the amount of $10,450.50.

DATED: 9/28/07

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-07-00576 RMW
MAG

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiffs:**

3  Sue Campbell            suecampbell@att.net

4  **Counsel for Defendants:**

5  (no appearance)

7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    9/28/07                                     /s/ MAG
                                                          **Chambers of Judge Whyte**